# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 7, 2014

| No.: 14-1736 | JOYCE GREEN, on behalf of herself and all others similarly situated, Plaintiff - Appellee<br><br>v.<br><br>U.S. CASH ADVANCE ILLINOIS, LLC, doing business as THE LOAN MACHINE, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-08079<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall ||

Upon consideration of the **DEFENDANTS'-APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL,** filed on October 1, 2014, by the counsel for the appellants,

IT IS ORDERED that this case is DISMISSED, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit